IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES LEE JENSON,** | 2:06-cv-01064-GEB-GGH |
| Petitioner, | **ORDER** |
| v. | |
| **BOB HOREL, Warden,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time, to and including August 23, 2006, within which to file a response to the Petition.

Dated: 7/26/06

/s/ Gregory G. Hollows
_____
The Honorable Gregroy G. Hollows

jens1064.po

[Proposed] Order

1