1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES LEE JENSON,

11          Petitioner,              No. CIV S-06-1064 GEB GGH P

12      vs.

13   BOB HOREL, Warden,

14          Respondent.             ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges the 2005 decision by the California

18   Board of Parole Hearings (BPH) finding him unsuitable for parole.  On May 16, 2008, the Ninth

19   Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008).

20          Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of

21   this order, the parties shall show cause why this action should not be administratively stayed

22   pending the Ninth Circuit's decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), *reh'g*

23   *en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008).

24   DATED:  06/02/08                      /s/ Gregory G. Hollows
                                           _____
25                                         UNITED STATES MAGISTRATE JUDGE

26   jens1064.osc

1