E-Filed: **4/7/09**
**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **James Lee Jenson,** | **CASE NO. CV 06-1064-GHK** |
| Petitioner, | |
| v. | **Judgment** |
| **D. Sisto,** | |
| Respondent. | |

Pursuant to our April 7, 2009 Order denying Petitioner's Petition for Writ of Habeas Corpus, **IT IS HEREBY ADJUDGED** that the Petition is **DENIED with prejudice**.

DATED: April 7, 2009

_____
GEORGE H. KING
United States District Judge[1]

---

[1] United States District Judge for the Central District of California sitting by designation.